UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sergio C.,

Petitioner,

v.

Todd Blanche, et al.,

Respondents.

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**

Civil File No. 26-4097 (MJD/DLM)

Evangeline Surya Ester Dhawan-Maloney, Santana Dhawan, PLLC, Counsel for Petitioner.

David W. Fuller, Derek Ganzhorn, Assistant United States Attorneys, Counsel for Respondents.

On October 8, 2026, the Court ordered Petitioner's immediate release from detention with his belongings. [Doc. 8.] On October 9, 2026, Respondents informed the Court that Petitioner was released with his belongings on October 8, 2026 at 5:24 p.m. [Doc. 10.]

Therefore, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Sergio C.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 13, 2026

s/Michael J. Davis
Michael J. Davis
United States District Court